IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SOUNDSTREAK TEXAS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:22-cv-00082-JRG-RSP (Lead) |
| PARROT S.A., | § § | |
| | § | |
| FLYABILITY S.A., | § § | Case No. 2:22-cv-00086-JRG-RSP (Member) |
| *Defendant*. | § § | |

**ORDER**

Before the Court, Plaintiff Soundstreak Texas, LLC provides notice of dismissal of the claims against Defendant Parrot S.A., **Dkt. No. 19**, and against defendant Flyability S.A., **Dkt. No. 20**, each with prejudice. In light of the notices, which the Court **ACCEPTS AND ACKNOWLEDGES**, and pursuant to Rule 41(a)(1)(A)(i), all pending claims and causes of action in both of the above-captioned cases are **DISMISSED WITH PREJUDICE**. All pending requests for relief in each case not explicitly granted herein are **DENIED AS MOOT**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court is directed to **CLOSE** the above-captioned cases as no claims or parties remain.

**So ORDERED and SIGNED this 4th day of November, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE